**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7311**

VINCENT L. BARR,

Plaintiff - Appellant,

versus

G. THOMAS COOPER, JR., South Carolina Circuit
Judge; J. ERNEST KINARD, JR., South Carolina
Circuit Judge; BARBARA SCOTT, Clerk of Court
for Richland County; VINCENT SMITH, Assistant
Solicitor; HENRY DARGAN MCMASTER, Attorney
General of South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-05-1725-2)

Submitted: December 22, 2005          Decided:  January 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent L. Barr, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent L. Barr appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Barr v. Cooper, No. CA-05-1725-2 (D.S.C. filed Aug. 5, 2005 & entered Aug. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED